IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN WATKINS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:16cv1850 |
| | ) **Electronic Filing** |
| **BLIND AND VISION** | ) |
| **REHABILITATION SERVICES OF** | ) |
| **PITTSBURGH**, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 19th day of September, 2018, the court having resolved all remaining claims in the case on this date, IT IS ORDERED that final judgment pursuant to Rule 58 is entered in favor of defendant and against plaintiff on all claims in the case. The Clerk of Court shall mark the case closed.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   Martell Harris, Esquire
      Christi Wallace, Esquire
      Danielle M. Parks, Esquire
      Terri Imbarlina Patak, Esquire

      (*Via CM/ECF Electronic Mail*)